IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HENRY EUGENE HODGES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| ) | NO. 3:01-624 |
| ) | JUDGE HAYNES |
| RICKY BELL, Warden, Riverbend ) | |
| Maximum Security Institution, ) | |
| ) | |
| Respondent ) | |

## O R D E R

In accordance with the Memorandum filed herewith, Petitioner's amended petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED with prejudice** Petitioner has ten (10) days from the date of entry of this Order to file his application for a Certificate of Appealability under 28 U S C. §2253(c)

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 27th day of March, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge

116